IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01614-REB-MEH

SHANE BASS, individually and on behalf of other similarly situated persons,

     Plaintiff,

v.

PJCOMN ACQUISITION CORP.,
PJCOMN LLC, and
ESSENTIAL PIZZA, INC., d/b/a "PJCOMN,"

     Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 8, 2010.**

     Defendants' Unopposed Motion to Vacate and Reset Settlement Conference [filed March 5, 2010; docket #57] is **granted**.  The Settlement Conference scheduled for March 15, 2010 is **vacated**.  If they desire, the parties are directed to conference together and call my Chambers at (303) 844-4507 to obtain an alternative date for a settlement conference at any time during the litigation.