IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 09-cv-01614-REB-MEH

SHANE BASS, individually and on behalf of other similarly situated persons,

    Plaintiff,

v.

PJCOMN ACQUISITION CORP.,
PJCOMN LLC, and
ESSENTIAL PIZZA, INC., d/b/a "PJCOMN,"

    Defendants.

## ORDER ADOPTING RECOMMENDATION OF THE
## UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matter before me is the **Recommendation of United States Magistrate Judge** [#64], filed June 18, 2010. No objections having been filed to the recommendation, I review it only for plain error. *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005). Finding no error, much less plain error, in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

    1. That the **Recommendation of United States Magistrate Judge** [#64], filed June 18, 2010, is **APPROVED AND ADOPTED** as an order of this court;

    2. That the **Joint Motion To Vacate Deadlines Established By Trial Preparation Conference Order and Scheduling Order** [#62] filed June 15, 2010, is

**GRANTED**;

3. That the Trial Preparation Conference set for October 8, 2010, and the jury trial set to commence October 25, 2010, are **VACATED** and is **CONTINUED** pending further order of court;

4. That on **October 25, 2010**, at 10:00 a.m., the court shall conduct a telephonic setting conference to reset the trial preparation conference and the jury trial in this matter; and

5. That counsel for the plaintiff shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

Dated October 4, 2010, at Denver, Colorado.

                                               **BY THE COURT:**

                                               *[signature]*
                                               Robert E. Blackburn
                                               United States District Judge