IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01614-REB-MEH

SHANE BASS, individually and on behalf of other similarly situated persons,

    Plaintiffs,

v.

PJCOMN ACQUISITION CORP.,
PJCOMN LLC, and
ESSENTIAL PIZZA, INC., d/b/a "PJCOMN,"

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 14, 2011.**

    Plaintiffs' Combined Motion for Leave to File First Amended Complaint and Add Party Defendants [filed February 14, 2011; docket #118] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 7.1A.