IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.   09-cv-01614-REB-MEH | Date:   February 16, 2011 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

SHANE BASS,                                             Mark Potashnick (by phone)
                                                                           Jack McInnes (by phone)

      Plaintiff,

vs.

PJCOMN ACQUISITION CORP.,                        Edmund Kennedy
PJ COMN, LLC, and
ESSENTIAL PIZZA, INC., d/b/a PJCOMN,

      Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTION HEARING**

**Court in session:**      **9:23 a.m.**

Court calls case.  Appearances of counsel.

Argument and discussion regarding Plaintiffs' Motion to Compel (Doc. #93, filed 1/4/11).

**ORDERED:**    1.     Plaintiffs' Motion to Compel (Doc. #93, filed 1/4/11) is GRANTED in part and DENIED in part as stated on the record.  On or before **February 23, 2011,** Mr. Kennedy shall amend Defendants' responses to Plaintiffs' document requests as directed by the Court.

                  2.     A telephonic Status Conference is set for **March 1, 2011, at 9:30 a.m.**  Counsel are directed to first conference together and then contact this Court's chambers at (303)844-4507 at the designated time.

**Court in recess:**      **10:01 a.m.  (Hearing concluded)**
**Total time in court:**   0:38