IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01614-REB-MEH

SHANE BASS, individually and on behalf of other similarly situated persons,

      Plaintiffs,

v.

PJCOMN ACQUISITION CORP.,
PJCOMN LLC, and
ESSENTIAL PIZZA, INC., d/b/a "PJCOMN,"

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 24, 2011.**

      Defendants' Motion for Court Approval of Questionnaire [filed February 23, 2011; docket #131] is **granted in part and denied in part** as set forth during the March 1, 2011 status conference.  Specifically, with respect to question no. 3 challenged by the Plaintiffs, only the words "and the IRS" are stricken from the question.  The parties will work together to determine a percentage of potential class members to whom the questionnaire will be addressed.