IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01614-REB-MEH

SHANE BASS, individually and on behalf of other similarly situated persons,

      Plaintiffs,

v.

PJCOMN ACQUISITION CORP.,
PJCOMN LLC, and
ESSENTIAL PIZZA, INC., d/b/a "PJCOMN,"

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 6, 2011.**

      In light of this Court's Report and Recommendation filed April 5, 2011, Defendants' Motion for Oral Argument or in the Alternative to Submit Surreply Brief Regarding Plaintiffs' Combined Motion for Leave to File First Amended Complaint and Add Party Defendants [filed March 30, 2011; docket #157] is **denied as moot**.