IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

**Civil Action No.** 09-cv-01614-REB-MEH     **FTR – Courtroom A501**
**Date:** May 6, 2011     Cathy Coomes, Courtroom Deputy

SHANE BASS, individually and on behalf of other     Richard M. Paul, III
similarly situated persons,     Mark A. Potashnick

    Plaintiffs,

v.

PJCOMN ACQUISITION CORP.,     Andrew Ringel
PJ COMN, LLC, and     Edmund Kennedy
ESSENTIAL PIZZA, INC., d/b/a PJCOMN,

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE**

**Court in session:** 9:14 a.m.

The Court calls case. Appearances of counsel by telephone.

Discussion regarding the Amended Motion to Certify Class (Doc. #73, filed 10/4/10) and the format of documents submitted to Plaintiffs by Defendants. Argument and discussion regarding Plaintiffs' Motion to Set Deadline to Serve Expert Witness Disclosures (Doc. #178, filed 5/2/11), and Plaintiffs' Motion to Approve Questionnaire to District Managers or, in the Alternative, to Compel Defendants to Produce Documents Reflecting Reimbursements to District Managers (Doc. #169, filed 4/26/11).

**ORDERED:** 1.    Plaintiffs' Motion to Set Deadline to Serve Expert Witness Disclosures (Doc. #178, filed 5/2/11) is DENIED without prejudice. The Court will enter a recommendation that the trial date be vacated, stating that the issues of class certification and documents need to be resolved before the issue of expert witness deadlines can be addressed.

       2.    Defendants shall file a response to Plaintiffs' Motion to Approve Questionnaire to District Managers or, in the Alternative, to Compel Defendants to Produce Documents Reflecting Reimbursements to District

Managers (Doc. #169, filed 4/26/11) by **May 11, 2011.**  Plaintiffs may file a reply by **May 18, 2011.**

**Court in recess:**     9:44 a.m.     (Hearing concluded)
Total time in court:     0:30