IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.   09-cv-01614-REB-MEH | Date:   May 25, 2011 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

| | |
|---|---|
| SHANE BASS, *et al.*, | Richard M. Paul, III |
| | Mark A. Potashnick |
| Plaintiff, | |
| vs. | |
| PJCOMN ACQUISITION CORP., | Andrew David Ringel |
| PJ COMN, LLC, and | |
| ESSENTIAL PIZZA, INC., d/b/a PMCOMN, | |
| Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC MOTIONS HEARING**

**Court in session:**   1:36 p.m.

Court calls case. Appearances of counsel. Mr. Paul and Mr. Potashnick appear by telephone.

Argument and discussion regarding Plaintiffs' Motion to Approve Questionnaire to District Managers, or in the Alternative, to Compel Defendants to Produce Documents Reflecting Reimbursements to District Managers (Doc. #169, filed 4/26/11) and Plaintiffs' Motion to Enforce Compliance with Court Order and for Sanctions (Doc. #193, filed 5/18/11).

**ORDERED:**   1.   Plaintiffs' Motion to Approve Questionnaire to District Managers, or in the Alternative, to Compel Defendants to Produce Documents Reflecting Reimbursements to District Managers (Doc. #169, filed 4/26/11) is GRANTED as stated on the record. Defendants' counsel shall provide the questionnaires to Plaintiffs' counsel on or before **June 15, 2011.**

   2.   Plaintiffs' Motion to Enforce Compliance with Court Order and for Sanctions (Doc. #193, filed 5/18/11) is GRANTED in part and DENIED in part as stated on the record.

Discussion regarding the Final Pretrial Conference set for May 31, 2011.

1:51 p.m.   Off the record to contact Judge Blackburn's chambers regarding the trial date.
1:57 p.m.   On the record.

Counsel for Defendants are granted leave to appear by telephone and are directed to contact this Court's chambers at (303)844-4507 at the designated time.

**Court in recess:** 1:59 p.m. **(Hearing concluded)**
**Total time in court:** 0:17