**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-01614-REB-MEH

SHANE BASS, individually and on behalf of other similarly situated persons,

    Plaintiff,

v.

PJCOMN ACQUISITION CORP.,
PJCOMN LLC, and
ESSENTIAL PIZZA, INC., d/b/a "PJCOMN,"

    Defendants.

**ORDER ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

This matter is before me on the following: (1) the **Plaintiffs' Combined Motion for Leave To File First Amended Complaint and Add Party Defendants and Memorandum in Support** [#121][1] filed February 15, 2011; and (2) the **Recommendation on Motion To Amend** [#163] filed by the magistrate judge on April 5, 2011. No objections to the recommendation have been filed. Therefore, I review the recommendation only for plain error. **See Morales-Fernandez v. Immigration & Naturalization Service**, 418 F.3d 1116, 1122 (10th Cir. 2005).[2] Finding no error, much less plain error, in the magistrate judge's recommended disposition of the motion, I find

---

[1] "[#121]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[2] This standard pertains even though plaintiff is proceeding *pro* se in this matter. **Morales-Fernandez**, 418 F.3d at 1122.

and conclude that the recommendation should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation on Motion To Amend** [#163] filed April 5, 2011, is **APPROVED AND ADOPTED** as an order of this court; and

2. That the **Plaintiffs' Combined Motion for Leave To File First Amended Complaint and Add Party Defendants and Memorandum in Support** [#121] filed February 15, 2011, is **DENIED**.

Dated June 1, 2011, at Denver, Colorado.

**BY THE COURT:**

*(signature)* Bob Blackburn
Robert E. Blackburn
United States District Judge