**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No  09-cv-01614-REB-MEH

SHANE BASS, individually and on behalf of other similarly situated persons,

      Plaintiff,

vs.

PJCOMN ACQUISITION CORP.,
PJCOMN LLC, and
ESSENTIAL PIZZA, INC., d/b/a "PJCOMN,"

      Defendants.

---

**MINUTE ORDER**[1]

---

      The matter is before the court on **Plaintiff's Motion For Leave To File Short Surreply in Opposition To Defendants' Second Motion For Summary Judgment, or in The Alternative, To Strike Arguments and Evidence First Raised in Defendants' Reply Brief** [#217] filed June 20, 2011.  The motion is **GRANTED** and **Plaintiff's Surreply in Opposition To Defendants' Second Motion For Summary Judgment** [#217-1] and the exhibits attached thereto, are accepted for filing.

      Dated:  June 24, 2011

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.