IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01614-REB-MEH

SHANE BASS, individually and on behalf of other similarly situated persons,

  Plaintiffs,

v.

PJCOMN ACQUISITION CORP.,
PJCOMN LLC, and
ESSENTIAL PIZZA, INC., d/b/a "PJCOMN,"

  Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 20, 2011.**

  The Status Report and Joint Request for Entry of Scheduling Order [filed September 19, 2011; docket #235], construed as a motion for status conference at which the Court and parties will discuss the proposed scheduling order, is **granted**. A Status/Scheduling Conference will be held in this case on **Monday, September 26, 2011 at 10:00 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. If counsel for the parties wish to appear by telephone, they must first conference together, then call my Chambers at 303.844.4507 at the appointed time.

  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.