**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No  09-cv-01614-REB-MEH

SHANE BASS, individually and on behalf of other similarly situated persons,

    Plaintiff,

vs.

PJCOMN ACQUISITION CORP.,
PJCOMN LLC, and
ESSENTIAL PIZZA, INC., d/b/a "PJCOMN,"

    Defendants.

---

**MINUTE ORDER**[1]

---

On February 1, 2012, the magistrate judge filed minutes [#261][2] of a telephonic status conference. Those minutes indicate that the parties reported to the magistrate judge that they have reached a settlement in principle that will resolve this case.

Pending completion and documentation of that settlement, the following pending motions are **DENIED** without prejudice as moot: (1) **Defendants' Motion For Summary Judgment** [#175] filed April 29, 2011; (2) **Defendants' Motion To Decertify Conditional Class** [#176] filed April 29, 2011; (3) **Plaintiffs' Motion To Consolidate Related Cases** [#227] filed August 3, 2011; and (4) **Plaintiffs' Motion To Clarify** [#253] filed October 25, 2011.

    Dated:  February 28, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#261]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.