IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Civil Case No. 09-cv-01614-REB-MEH

SHANE BASS, individually and on behalf of a class of other similarly situated persons,

    Plaintiffs,

v.

PJCOMN ACQUISITION CORP. et al,

    Defendant.

## ORDER OF ADMINISTRATIVE CLOSURE

**Blackburn, J.**

The matter is before me on the **Joint Stipulated Motion To Vacate Trial Date and For Administrative Closure Pending Final Approval of Settlement** [#263][1] filed March 5, 2012. After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be closed administratively.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Stipulated Motion To Vacate Trial Date and For Administrative Closure Pending Final Approval of Settlement** [#263] filed March 5, 2012, is **GRANTED**;

2. That the Trial Preparation Conference set for March 16, 2012, and the jury trial set to commence April 2, 2012, are **VACATED**;

3. That under **D.C.COLO.LCivR 41.2**, this action is **CLOSED ADMINISTRATIVELY**; and

---

[1] "[#263]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

4.  That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to close this civil action administratively, subject to reopening for good cause.

Dated March 5, 2012, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge