UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 09-cv-01614-REB-MEH

SHANE BASS, individually and on behalf of a class of other similarly situated persons,

           Plaintiffs,

v.

PJCOMN ACQUISITION CORP.,
PJCOMN, LLC, and ESSENTIAL
PIZZA, INC. d/b/a "PJCOMN,"

           Defendants.

---

**SUPPLEMENT TO JOINT REPORT TO
COURT AND STIPULTION OF DISMISSAL**

---

Comes now Plaintiff Shane Bass and files Exhibits A through E to the Join Report to Court and Stipulation of Dismissal. These exhibits were inadvertently omitted when that document was filed on June 27, 2012.

Dated: June 28, 2012

    Respectfully submitted,
    **STUEVE SIEGEL HANSON LLP**
    Richard M. Paul III, MO Bar #44233
    Jack D. McInnes, MO Bar #56904
    460 Nichols Road, Suite 200
    Kansas City, Missouri 64112
    Telephone:  (816) 714-7100
    Facsimile:  (816) 714-7101

    and

**WEINHAUS & POTASHNICK**
/s Mark Potashnick
Mark A. Potashnick, MO Bar #41315
11500 Olive Blvd., Suite 133
St. Louis, Missouri  63141
Telephone:   (314) 997-9150
Facsimile:    (314) 997-9170

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that the foregoing was served on the following attorneys of record for Defendants via the Court's CM/ECF system on the date reflected in the Court's electronic case filing records:

Andrew D. Ringel
Edmund M. Kennedy
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, Colorado  80202
Attorneys for Defendants

                                    */s/ Mark Potashnick*
                                    Attorney for Plaintiffs

- 3 -

Respectfully submitted,

| STUEVE SIEGEL HANSON LLP | HALL & EVANS, L.L.C. |
|---|---|
| /s Richard M. Paul III | /s Andrew Ringel |
| George A. Hanson | Andrew D. Ringel |
| Richard M. Paul III | Edmund M. Kennedy |
| Jack D. McInnes | 1125 17th Street, Suite 600 |
| Kansas City, Missouri 64112 | Denver, Colorado 80202 |
| Telephone: (816) 714-7100 | Telephone: (303) 628-3300 |
| Facsimile: (816) 714-7101 | Facsimile: (303) 628-3238 |
| and | Attorneys for Defendants |
| WEINHAUS & POTASHNICK | |
| Mark Potashnick | |
| 11500 Olive Blvd., Suite 133 | |
| St. Louis, Missouri 63141 | |
| Telephone: (314) 997-9150 | |
| Facsimile: (314) 997-9170 | |
| Attorneys for Plaintiffs | |